**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7531**

HASSAAN HAAKIM RASHAAD,

    Petitioner - Appellant,

  v.

UNITED STATES OF AMERICA,

    Respondent - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:14-cv-00304-MOC)

Submitted: January 22, 2015    Decided: January 27, 2015

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hassaan Haakim Rashaad, Appellant Pro Se. William Michael Miller, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hassaan Haakim Rashaad, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant Rashaad leave to proceed on appeal in forma pauperis, we affirm for the reasons stated by the district court. See Rashaad v. United States, No. 3:14-cv-00304-MOC (W.D.N.C. Oct. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED